*E-Filed 7/19/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON LEE CAULDER, | No. C 09-4279 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| PAUL COPENHAVER, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. On March 4 & 30, 2010, orders sent to petitioner were returned as undeliverable. More than 60 days have passed since the orders were returned. Accordingly, the petition is hereby dismissed without prejudice for petitioner's failure to keep the Court apprised of her current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

The order to show cause (Docket No. 5) is VACATED. The parties are relieved of the obligations that order imposed.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: July 19, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-4279 RS (PR)
ORDER OF DISMISSAL